

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E**., A Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

   This is an accelerated appeal of the trial court's order terminating appellant's parental rights.  The trial court signed the order on July 3, 2014.  Accordingly, appellant's notice of appeal was due to be filed on July 23, 2014.  TEX. R. APP. P. 26.1(b).  A motion for extension of time to file the notice of appeal was due on August 7, 2014.  *See* TEX. R. APP. P. 26.3.  Appellant filed a notice of appeal on August 15, 2014, but did not file a motion for extension of time.  It thus appears that the notice of appeal was not timely filed.

   A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."  Id.

   It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Catherine Stone, Chief Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court